# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERNANDEZ, | Case No.  1:15-cv-00262-SKO |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO PAY THE $400 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS OF SERVICE OF THIS ORDER** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Carlos Hernandez ("Plaintiff") is proceeding pro se in this action and challenges a final decision of the Social Security Administration.  Plaintiff has neither paid the $400 filing fee, nor has he submitted an application to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915.

Accordingly, IT IS HEREBY ORDERED that:

**Within thirty (30) days of the date of service of this order**, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or, in the alternative, he shall pay the $400 filing fee for this action.  No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   __February 24, 2015__          _____ /s/ Sheila K. Oberto_____
UNITED STATES MAGISTRATE JUDGE