# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERNANDEZ,<br><br>                Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                Defendant.<br>_____/ | Case No.  1:15-cv-00262-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |

   Plaintiff Carlos Hernandez filed a complaint on February 19, 2015.  (Docs. 1.)  The Court ordered Plaintiff to either pay the filing fee or submit a completed application to proceed in forma pauperis.  (Doc. 2.)  On March 11, 2015, Plaintiff filed an application to proceed in forma pauperis.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

   Plaintiff's application also contains a letter from the Assistant Director of Homeless Services at the Salvation Army Berberian Emergency Shelter stating that Plaintiff is staying at that facility.  It is unclear whether Plaintiff is updating his address with this information.  Plaintiff shall file a short statement indicating whether his mailing address should be updated with this information.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;
2. The Clerk of Court is DIRECTED to issue the following:
    a. A summons; and
    b. New Social Security Case Documents including Social Security USM-285 Forms;
3. Within 45 days from the date of this order Plaintiff shall complete and return the USM-285 Forms;
4. The United States Marshal shall serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiff in the USM-285 Form;
5. On or before March 27, 2015, Plaintiff shall file a short statement indicating whether his address should be updated with the information contained in his application to proceed in forma pauperis; and
6. The Clerk of Court is directed to serve this order to Plaintiff's address of record **and** to the following location:

Carlos Hernandez
c/o of The Salvation Army Berberian Emergency Shelter
320 9th Street
Modesto, CA 95351

IT IS SO ORDERED.

Dated:   **March 12, 2015**                     /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE

2